In the Matter of WILLIAM J. CAREY, Appellant, against CLARENCE A. SMITH, as County Manager of Monroe County, et al., Respondents.

(Submitted May 1, 1936; decided May 19, 1936.)

*J. Emmett O'Brien* and *Arnold H. Becker* for appellant.
*Harry Rosenberg* for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.